THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAM BLUE, Relator, against EUGENE J. KEARNEY, as Warden of the City Prison, Brooklyn, New York, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Argued April 11, 1944; decided May 18, 1944.

*Thomas Cradock Hughes, Acting District Attorney (Fred J. Loughran* of counsel), for appellant.

*Harry Gittleson, Hyman Barshay, Samuel Bader, Maurice Sherman* and *Charles R. Rubin* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.